# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00753-CV

**In re Jerry Conerly**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I ON

Relator Jerry Conerly has filed an unopposed motion to dismiss his petition for writ of mandamus, stating that the parties have settled the underlying proceeding and he no longer wishes to pursue the issues asserted in the petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus. *See* Tex. R. App. P. 42.1(a)(1).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Filed: January 8, 2016